5 So.2d 112

Mary BREWER, alias Mary Johnson v. STATE.

8 Div. 59.

Court of Appeals of Alabama.

Nov. 25, 1941.

Rehearing Denied Dec. 16, 1941.

Bradshaw & Barnett, of Florence,. for appellant.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

This is a companion appeal to that of T. M. Jordan, alias Tom Jordan, v. State, ante, p. 313, 5 So.2d 110, this day decided.

Upon the authority of what was said in the opinion in the said case of T. M. Jordan, alias Tom Jordan v. State, the judgment here is reversed, and the cause remanded.

Reversed and remanded.